UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEKEO, INC. et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. 25-cv-6500 |
| v. : | |
| : | |
| PETER BRONGO, : | |
| : | |
| Defendant. : | |

**STIPULATION BY ALL PARTIES FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

All parties to this case, by and through their undersigned counsel, hereby stipulate to an extension of time for Defendant to respond to Plaintiffs' complaint as follows:

1. Defendant was served with the summons and complaint on Saturday, November 22, 2025.

2. Defendant is contemplating filing a motion under Rule 12 of the Federal Rules of Civil Procedure.

3. As such, counsel for the parties have discussed the substance of the contemplated motion, and may engage in further discussions.

4. In addition, counsel for the parties have agreed to extend the deadline for Defendant to respond to the Complaint until January 9, 2026.

Respectfully submitted:

| | |
|---|---|
| **/s/Brian R. Elias** | **/s/ Alexander R. Bilus** |
| Brian Elias, Esquire | Alexander R. Bilus |
| Wisler Pearlstine, LLP | SAUL EWING LLP |
| 460 Norristown Road, Suite 110 | Centre Square West |
| belias@wispearl.com | 1500 Market St., 38th Floor |
| (610) 825-8400 | Philadelphia, PA 19102 |
| | t 215.972.7177 | f 215.972.4166 |
| *Counsel for Defendant* | alexander.bilus@saul.com |
| | *Counsel for Plaintiff* |

BY THE COURT:

_____

HON. MIA R. PEREZ
United States District Court Judge