IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Dekeo, Inc. and JiffyShirts.com (US) L.P.

v.

Peter Brogno

Case Number: 2:25-cv-06500

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[ ] GRANTED. The Clerk is DIRECTED to add Matthew J. Cavanagh, Esquire as counsel for Dekeo, Inc. and JiffyShirts.com (US) L.P.. Matthew J. Cavanagh is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-06500

*MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I, MOVANT'S STATEMENT

I, Matthew J. Cavanagh, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiffs. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| State where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Ohio | 11/07/2005 | 0079522 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Northern Dist. of Ohio | 12/12/2005 | |
| Fifth Cir. Court of Appeals | 06/10/24 | |
| Fed. Cir. Court of Appeals | 08/27/2013 | |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for: Dekeo, Inc. and JiffyShirts.com (US) L.P.

Name of Attorney: Matthew J. Cavanagh

Firm Address: McDonald Hopkins 600 Superior Avenue East, Suite 2100, Cleveland, OH 44114

Telephone Number: 216-348-5730

Email Address: mcavanagh@mcdonaldhopkins.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/23/2025

/s/ Matthew J. Cavanagh
(Movant's signature)

## II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Matthew J. Cavanagh  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Alexander R. Bilus | /s/ Alexander R. Bilus | 01/05/07 | 203680 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

**SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER**

Saul Ewing LLP

1735 Market Street, Suite 3400, Philadelphia, PA 19103

215-972-7177

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on  12/23/2025          /s/ Alexander R. Bilus
    (Date)                  (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dekeo, Inc. and JiffyShirts.com (US) L.P. | : : : : : : : | Case Number: 2:25-cv-06500 |
| v. | | |
| Peter Brogno | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Matthew J. Cavanagh__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

On all Counsel, via Electronic Email through the Court's ECF system

/s/ Alexander R. Bilus
(Signature of Attorney)

Alexander R. Bilus
(Name of Attorney)

Dekeo, Inc. and JiffyShirts.com (US) L.P.
(Name of Moving Party)

12/23/2025
(Date)