**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Dekeo, Inc. *et al.*, | ) | |
| | ) | Case No. 2:25-cv-06500-MRP |
| Plaintiffs, | ) | |
| | ) | Judge Mia Roberts Perez |
| vs. | ) | |
| | ) | |
| Peter Brogno, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

In accordance with this Court's March 12, 2016 Order (ECF 25), the undersigned hereby certifies that on March 13, 2026, he served (i) the Order Granting Withdrawal of Counsel (ECF 24), and (ii) Order Requiring Service of Withdrawal Order (ECF 25) upon the former clients by sending a copy of each order by First Class U.S. Mail to each corporation's statutory agent (address shown below) and by emailing copies of both orders to three of the corporations' representatives with whom counsel has communicated regularly on this matter and counsels' withdrawal.

| Dekeo, Inc. | Jiffyshirts.com (US), L.P. |
|---|---|
| c/o its Statutory Agent | c/o its Statutory Agent |
| National Registered Agents, Inc. | The Corporation Trust Center |
| 1209 Orange St. | 1209 Orange St. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

37720308.2

Respectfully submitted,

Dated:   March 13, 2026

   s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
(*admitted pro hac vice*)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com

and

Alexander R. Bilus (PA 203680)
SAUL EWING LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
t 215.972.7177 | f 215.972.4166
alexander.bilus@saul.com

2

## <u>Certificate of Service</u>

I hereby certify that, on March 13, 2026, I caused the foregoing to be served upon all parties via the Court's ECF system, and further served the motion upon plaintiffs by email.

<u>  s/ Matthew J. Cavanagh            </u>
*Counsel for Plaintiffs*

37720308.2