**UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEKEO, INC. et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION NO. 25-cv-6500** |
| **v.** : | |
| : | |
| **PETER BRONGO,** : | |
| : | |
| **Defendant.** : | |

**MOTION TO STAY PROCEEDINGS**

Defendant Peter Brogno, by and through his undersigned counsel, for the reasons outlined in the memorandum of law filed with this motion, hereby moves this Court to stay this action in its entirety pending resolution of the parallel criminal investigation.

**WHEREFORE**, Defendant respectfully requests that this Court stay this action in its entirety pending resolution of the parallel criminal investigation; or, in the alternative, stay all discovery directed to Defendant; and grant Defendant such additional relief as the Court deems appropriate.

Respectfully submitted,

**WISLER PEARLSTINE, LLP**

*/s/ Brian R. Elias*
**BRIAN R. ELIAS, ESQUIRE**

*Attorneys for Defendant*