**UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEKEO, INC. et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : **CIVIL ACTION NO. 25-cv-6500** |
| **v.** | : |
| | : |
| **PETER BRONGO,** | : |
| | : |
| **Defendant.** | : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Peter Brogno, by and through his undersigned counsel, for the reasons outlined in the memorandum of law filed with this motion, hereby moves this Court to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint until after this Court rules on Defendants' May 8, 2026, Motion to Stay Proceedings [ECF 37]. Plaintiffs do not consent to this motion.

**WHEREFORE**, Defendant respectfully requests that this Court extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint until after this Court rules on Defendants' May 8, 2026, Motion to Stay Proceedings [ECF 37], and grant Defendant such additional relief as the Court deems appropriate.

Respectfully submitted,

**WISLER PEARLSTINE, LLP**

*/s/ Brian R. Elias*
**BRIAN R. ELIAS, ESQUIRE**

*Attorneys for Defendant*