**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEKEO, INC. et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6500 |
| | : | |
| PETER BRONGO, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

**AND NOW**, this 11th day of June, 2026, upon consideration of Defendant Peter Brongo's

Motion to Stay Proceedings (ECF No. 37) and Plaintiffs' opposition thereto (ECF No. 41) it is

**ORDERED** that the Motion is **DENIED** without prejudice.[1] It is further **ORDERED** as follows:

1. Within forty-five (45) days of the date of this Order, the parties shall file a joint status
   report advising the Court whether there have been any material developments
   concerning any criminal investigation or prosecution related to the conduct alleged in
   this case. If the parties cannot agree on the contents of a joint report, they may submit
   separate status reports by the same deadline.

2. Given that this Court previously extended Defendant's deadline to answer, move, or
   otherwise respond to Plaintiffs' Second Amended Complaint until after the Court ruled
   on the Motion to Stay (ECF No. 40), Defendant shall answer, move, or otherwise

---

[1] The Court recognizes that parallel criminal proceedings may sometimes warrant a stay of civil litigation to protect a party's Fifth Amendment interests. On this record, however, the relevant considerations do not justify staying the case at this juncture. The absence of charges or an indictment weighs against a stay, and Defendant's showing of a possible investigation, standing alone, is insufficient to halt the civil action. Accordingly, denial is warranted but without prejudice. If circumstances materially change, including if Defendant is charged, indicted, or otherwise obtains concrete information establishing a materially different criminal posture, Defendant may renew his request for a stay.

respond to the Second Amended Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

_____
HON. MIA R. PEREZ